*ORDER:*
*Motion granted.*
*John Bryant,*
*USMJ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE

| | |
|---|---|
| COLIN O'KROLEY, | |
| Plaintiff (Pro Se), | Case No. 3:13-CV-00780 |
| v. | Magistrate Judge Bryant (Broad Referral of Pro Se Plaintiff) |
| FASTCASE INC., *et al.*, | |
| Defendants. | Judge Campbell |

## DEFENDANT GOOGLE'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN CONNECTION WITH MOTION TO DISMISS

Defendant Google Inc. ("Google") moves this Court, pursuant to Local Rule 7.01(b), for leave to file a reply brief in further support of its pending Motion to Dismiss. Plaintiff's Response was filed electronically on Tuesday, November 5, 2013. Google submits that a reply would be of assistance to the Court. Google requests permission to file its reply by Tuesday, November 19, and further proposes that its reply shall not exceed fifteen (15) pages.

Accordingly, Defendant Google respectfully requests that this Court grant the Motion for Leave to file a Reply.

Respectfully submitted,

s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 11519)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Facsimile: (615) 244-6804
E-mail: robb.harvey@wallerlaw.com