IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COLIN O'KROLEY )
)
v. ) NO. 3-13-0780
) JUDGE CAMPBELL
FASTCASE INC. , et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss of Defendants Eleventh Court of Appeals of Texas and Texas Office of Court Administration (Docket No. 26) is GRANTED, and all claims against these two Defendants are DISMISSED.

Consequently, the pending Motion to Stay filed by these Defendants (Docket No. 28) is DENIED as moot.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE