IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COLIN O'KROLEY )
)
) NO. 3-13-0780
) JUDGE CAMPBELL
FASTCASE INC., et al. )

ORDER

Following dismissal of the Appeal (Docket No. 68), this case is referred to the Magistrate Judge to determine the status of service of process on the remaining Defendants.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE