**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 15, 2016

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

    Re: Case No. 15-6336, *Colin O'Kroley v. Fastcase, Inc, et al*
      Originating Case No. : 3:13-cv-00780

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

            Sincerely yours,

            s/Linda M. Niesen
            Case Manager
            Direct Dial No. 513-564-7038

cc: Mr. Scot Macdonald Graydon
   Mr. Robb S. Harvey
   Mr. Jason Blake Mollick
   Mr. Colin O'Kroley
   Ms. Jacquelyn N. Schell
   Mr. Eric P. Schroeder
   Mr. Brian M. Willen

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-6336

_____

Filed: August 15, 2016

COLIN O'KROLEY

    Plaintiff - Appellant

v.

FASTCASE, INC.; GOOGLE, INC.; TEXAS OFFICE OF COURT ADMINISTRATION; 11TH COURT OF APPEALS; YASNI.COM

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/22/2016 the mandate for this case hereby issues today.

COSTS: None